248 U. S.    Cases Disposed of Without Consideration by the Court.

State of Oklahoma.   November 7, 1918.   Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. S. P. Freeling* for defendant in error.  *Mr. Albert Rennie* for plaintiffs in error.

No. 30. METROPOLITAN STATE BANK *v.* PEOPLE OF THE STATE OF ILLINOIS.   Error to the Supreme Court of the State of Illinois.   November 11, 1918.   Dismissed with costs, pursuant to the nineteenth rule.   *Mr. Philip J. McKenna* and *Mr. Howard F. Bishop* for plaintiff in error. *Mr. Edward J. Brundage* and *Mr. James H. Wilkerson* for defendant in error.

No. 32. FRANCIS A. CHURCHILL ET AL., CO-PARTNERS, UNDER THE FIRM NAME OF THE MERCANTILE ADVERTISING AGENCY, *v.* JAMES F. RAFFERTY, AS COLLECTOR OF INTERNAL REVENUE OF THE PHILIPPINE ISLANDS.   Appeal from and in error to the Supreme Court of the Philippine Islands.   November 11, 1918.   Dismissed with costs, pursuant to the nineteenth rule.   *Mr. E. Allen Frost* for appellants and plaintiffs in error.   *Mr. Samuel T. Ansell* for appellee and defendant in error.

No. 48. ATLANTIC COAST LINE RAILROAD COMPANY *v.* A. M. KEELS.   Error to the Supreme Court of the State of South Carolina.   November 15, 1918.   Dismissed with costs, on motion of *Mr. Frederic D. McKenney*, of counsel for plaintiff in error.   *Mr. P. A. Willcox* for plaintiff in error.   *Mr. A. M. Lumpkin* for defendant in error.

No. 55. PAUL APPENZELLAR *v.* HENRY C. CONRAD, ASSOCIATE JUDGE, ETC., ET AL. · Error to the Supreme

Court of the State of Delaware. November 18, 1918. Dismissed with costs, per stipulation. *Mr. Josiah Marvel* and *Mr. David T. Marvel* for plaintiff in error. *Mr. J. J. Darlington* and *Mr. Robert H. Richards* for defendants in error.

-------

No. 229. CLEVELAND-CLIFFS IRON COMPANY *v.* TOWNSHIP OF REPUBLIC. Error to the Supreme Court of the State of Michigan. November 18, 1918. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. William P. Belden* for plaintiff in error. No appearance for defendant in error.

-------

No. 57. JOSEPH FENSTERWALD *v.* SELMA R. BURK. Error to the Court of Appeals of the State of Maryland. November 19, 1918. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. J. Kent Rawley* for defendant in error. *Mr. Samuel Want* for plaintiff in error. *Mr. J. Kent Rawley* and *Mr. Edward M. Hammond* for defendant in error.

-------

No. 71. NEW ORLEANS, MOBILE & CHICAGO RAILROAD COMPANY *v.* T. E. McCARDLE ET AL. Error to the Supreme Court of the State of Mississippi. November 20, 1918. Dismissed with costs, on authority of counsel for plaintiff in error. *Mr. James N. Flowers* for plaintiff in error. No appearance for defendant in error.

-------

No. 517. I. F. SEARLE ET AL. *v.* MECHANICS LOAN & TRUST COMPANY ET AL. December 9, 1918. Petition